1 | BENJAMIN B. WAGNER
United States Attorney
2 | CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

OCT - 2 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

6 | Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT CONCERNING:<br><br>337 LIBERTY LANE, DELANO, CALIFORNIA, | CASE NO. 2:15-SW-0363 KJN<br><br>[PROPOSED] ORDER UNSEALING SEARCH WARRANT AND APPLICATION |
|---|---|

The government's request to unseal the Search Warrant and this case is GRANTED.

Dated: Oct 2, 2015

_____
HONORABLE GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE